AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:11-mj-45 |
| Richard Waldo Jr. | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Waldo Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Beginning on or about February 15, 2011, Richard Waldo Jr. did knowingly possess one or more computer files containing visual depictions that had been mailed, shipped, and transported in interstate commerce and which were produced using materials that had been shipped or transported in interstate commerce, by any means, including computer, the production of which invovled the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(8), and which were of such conduct.
2252(a)(4)(B)

Date: May 10, 2011

*Issuing officer's signature*
Alice R Senechal, US Magistrate Judge
*Printed name and title*

City and state: Grand Forks, ND

---

### Return

This warrant was received on *(date)* 5/11/11, and the person was arrested on *(date)* 5/11/11
at *(city and state)* Grand Forks, ND.

Date: 5/11/11

*Arresting officer's signature*

Michael Arel  Special Agent
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Richard Waldo Jr.

Known aliases: _____

Last known residence: ▓▓▓▓▓▓▓▓▓▓ Grand Forks, ND

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: Michigan

Date of birth: ▓▓▓▓▓ 78

Social Security number: ▓▓▓▓▓-9663

Height: 5' 11"   Weight: 192 lbs

Sex: Male   Race: White

Hair: Brown   Eyes: Blue

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: ▓▓▓▓▓▓▓

Complete description of auto: _____

Investigative agency and address: Homeland Security Investigations
1209 North 47th Street, Grand Forks, ND 58203

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____